WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01885-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 4 & 5]**<br><br>**[First Request]** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank"), Defendant Commonwealth Land Title Insurance Company ("Commonwealth") and Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

/ / /

1. On September 23, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-821781-C [ECF No. 1-2];
2. On October 8, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];
3. On October 13, 2020, Commonwealth filed a Motion to Dismiss [ECF No. 4];
4. On October 13, 2020, FNTG also filed a Motion to Dismiss [ECF No. 5]
5. Deutsche Bank's deadline to respond to Commonwealth and FNTG's Motions to Dismiss is currently October 27, 2020;
6. Deutsche Bank's counsel is requesting a thirty-four (34) day extension until Monday, November 30, 2020, to file its response to Commonwealth and FNTG's Motions to Dismiss;
7. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motions;
8. Counsel for Commonwealth and FNTG does not oppose the requested extension;

///

///

///

///

///

///

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 27th day of October, 2020. | DATED this 27th day of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2* | */s/ Kevin Sinclair* <br> Kevin Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc. and Commonwealth Land Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __27th__ day of __October__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE