Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:20-CV-01885-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITIONS TO MOTIONS TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 22, 24, 25)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.        On October 13, 2020, Commonwealth and fellow defendant Fidelity National Title

Group Inc. ("FNTG") filed their motions to dismiss (ECF No. 4, 5.);

2. On November 30, 2020 Deutsche Bank filed its response to Commonwealth and FNTG's motions (ECF Nos. 22, 24) and filed a countermotion for partial summary judgment (ECF No. 25);

3. Commonwealth and FNTG's deadline to respond to the oppositions to the motions to dismiss and countermotion for partial summary judgment is currently December 7, 2020;

4. Commonwealth and FNTG request a brief extension of time to respond to the various motions, until December 21, 2020, to afford Commonwealth and FNTG additional time to respond to the legal arguments set forth in Deutsche Bank's motions;

5. Deutsche Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Commonwealth and FNTG's deadline to respond to Deutsche Bank's oppositions to the motions to dismiss (ECF Nos. 22, 24) and countermotion for partial summary judgment (ECF No. 25) is hereby extended through and including December 21, 2020.

Dated:  December 1, 2020        SINCLAIR BRAUN LLP


                                By:   /s/-Kevin S. Sinclair
                                      KEVIN S. SINCLAIR
                                      Attorneys for Defendant
                                      COMMONWEALTH LAND TITLE
                                      INSURANCE COMPANY

Dated:  December 1, 2020        WRIGHT FINLAY & ZAK, LLP


                                By:   /s/-Darren T. Brenner
                                      DARREN T. BRENNER
                                      Attorneys for Plaintiff
                                      DEUTSCHE BANK NATIONAL TRUST
                                      COMPANY

**IT IS SO ORDERED.**

   Dated this  2nd  day of   December  , 2020.

                                      _____
                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER**