WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No.:  2:20-cv-01885-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMMONWEALTH LAND TITLE INSURANCE COMPANY'S OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 36]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank") and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their attorneys of record, hereby  stipulate and agree as follows:

1. On September 23, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-821781-C [ECF No. 1-1];
2. On October 8, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];
3. On October 13, 2020, Commonwealth filed a Motion to Dismiss [ECF No. 4];
4. On November 30, 2020, Deutsche Bank filed an Opposition to Commonwealth's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 24 and 25];
5. On December 21, 2020, Commonwealth filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF No. 36];
6. Deutsche Bank contends that it is entitled to file a response to Commonwealth's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is January 4, 2021;
7. Deutsche Bank's counsel is requesting a brief, one-week extension to respond to Commonwealth's Opposition, until January 11, 2021;
8. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Opposition;
9. Counsel for Commonwealth does not oppose the requested extension to the extent that a response is permitted;

///
///
///
///
///
///
///
///

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 31st day of December, 2020. | DATED this 31st day of December, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Blvd., Suite 400 <br> Encino, CA 91436 <br> *Attorneys for Defendants, Commonwealth Land Title Insurance Company, Fidelity National Title Group, Inc., and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

DATED this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE