1

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.

2

Nevada Bar No. 8386
Lindsay D. Robbins, Esq.

3

Nevada Bar No. 13474

4

7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

5

(702) 475-7964; Fax: (702) 946-1345

6

dbrenner@wrightlegal.net
lrobbins@wrightlegal.net

7

*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers*

8

*Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust*
*2005-2*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

DEUTSCHE BANK NATIONAL TRUST     Case No.:  2:20-cv-01885-APG-VCF

12

COMPANY, FORMERLY KNOWN AS
BANKERS TRUST COMPANY OF

13

CALIFORNIA, N.A., AS TRUSTEE FOR     **STIPULATION AND ORDER TO**
AMERICAN HOME MORTGAGE     **EXTEND TIME PERIOD TO RESPOND**

14

INVESTMENT TRUST 2005-2,     **TO COMMONWEALTH LAND TITLE**
**INSURANCE COMPANY'S**

15

Plaintiff,     **OPPOSITION TO COUNTERMOTION**
**FOR PARTIAL SUMMARY**

16

vs.     **JUDGMENT [ECF No. 36]**

17

FIDELITY NATIONAL TITLE GROUP,
INC.; FIDELITY NATIONAL TITLE     **[Third Request]**

18

INSURANCE COMPANY;

19

COMMONWEALTH LAND TITLE
INSURANCE COMPANY; DOE

20

INDIVIDUALS I through X; and ROE
CORPORATIONS XI through XX, inclusive,

21

22

Defendants.

23

Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust

24

Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-

25

2 ("Deutsche Bank") and Defendant, Commonwealth Land Title Insurance Company

26

("Commonwealth"), by and through their attorneys of record, hereby  stipulate and agree as

27

follows:

28

1. On September 23, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-821781-C [ECF No. 1-1];

2. On October 8, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];

3. On October 13, 2020, Commonwealth filed a Motion to Dismiss [ECF No. 4];

4. On November 30, 2020, Deutsche Bank filed an Opposition to Commonwealth's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 24 and 25];

5. On December 21, 2020, Commonwealth filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF No. 36];

6. Deutsche Bank contends that it is entitled to file a response to Commonwealth's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is January 19, 2021 [ECF No. 40];

7. Deutsche Bank's counsel is requesting a fourteen day extension to respond to Commonwealth's Opposition, until February 2, 2021;

8. This extension is requested to allow Deutsche Bank additional time to finalize and file its response to the pending Opposition in light of an unexpected medical emergency experienced by the lead handling counsel for Deutsche Bank;

9. Counsel for Commonwealth does not oppose the requested extension to the extent that a response is permitted;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 19th day of January, 2021.          DATED this 19th day of January, 2021.

WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                        */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                        Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                            Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                  16501 Venture Blvd., Suite 400
Las Vegas, NV 89117                             Encino, CA 91436
*Attorneys for Plaintiff, Deutsche Bank*        *Attorneys for Defendants, Commonwealth*
*National Trust Company, Formerly Known as*     *Land Title Insurance Company, Fidelity*
*Bankers Trust Company of California, N.A.,*    *National Title Group, Inc., and Fidelity*
*as Trustee for American Home Mortgage*         *National Title Insurance Company*
*Investment Trust 2005-2*

**IT IS SO ORDERED.**

DATED this <u>19th</u> day of <u>January</u>, 2021.

_____
UNITED STATES DISTRICT JUDGE