WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01885-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMMONWEALTH LAND TITLE INSURANCE COMPANY'S OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 36]**<br><br>**[Fifth Request]** |

Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank") and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On September 23, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-821781-C [ECF No. 1-1];

2. On October 8, 2020, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];

3. On October 13, 2020, Commonwealth filed a Motion to Dismiss [ECF No. 4];

4. On November 30, 2020, Deutsche Bank filed an Opposition to Commonwealth's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 24 and 25];

5. On December 21, 2020, Commonwealth filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF No. 36];

6. Deutsche Bank contends that it is entitled to file a response to Commonwealth's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is March 1, 2021 [ECF No. 46];

7. Deutsche Bank's counsel is requesting an extension until March 19, 2021 to respond to Commonwealth's Opposition;

8. This additional extension is requested to allow Deutsche Bank additional time to finalize and file its response to the Opposition as lead handling counsel for Deutsche Bank continues to recover from an unexpected medical emergency. The associate counsel for Deutsche Bank has also contracted coronavirus, which has made finalizing the brief exceptionally difficult.

9. Counsel for Commonwealth does not oppose the requested extension to the extent that a response is permitted;

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the fifth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 1st day of March, 2021.                    DATED this 1st day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                             SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                              */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                              Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                  Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                        16501 Venture Blvd., Suite 400
Las Vegas, NV 89117                                   Encino, CA 91436
*Attorneys for Plaintiff, Deutsche Bank*              *Attorneys for Defendants, Commonwealth*
*National Trust Company, Formerly Known as*           *Land Title Insurance Company, Fidelity*
*Bankers Trust Company of California, N.A.,*          *National Title Group, Inc., and Fidelity*
*as Trustee for American Home Mortgage*               *National Title Insurance Company*
*Investment Trust 2005-2*

**IT IS SO ORDERED.**

DATED this __1st__ day of ___March_____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE