UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants | Case No.: 2:20-cv-01885-APG-VCF<br><br>**Order Denying Motions Without Prejudice** |

This is one of many lawsuits in this court between lenders and title insurers in which the parties dispute whether the title insurers properly denied coverage for claims related to homeowners association liens. Many of those cases are stayed, either by stipulation of the parties or by order of the court, to await a ruling from the Ninth Circuit in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMDWGC) (*Wells Fargo II*). This case is not currently stayed and there are pending motions to dismiss and for summary judgment that raise the same issues presently under consideration in *Wells Fargo II*. ECF Nos. 4, 25. There also is pending a motion to dismiss on jurisdictional grounds. ECF No. 4. I therefore ordered the parties to confer about whether I should deny the pending motions without prejudice to refile after the Ninth Circuit rules on *Wells Fargo II*. The parties stipulated to stay the case pending the Ninth Circuit's ruling. ECF No. 53

I THEREFORE ORDER that the pending dispositive motions (ECF Nos. 4, 5, and 25) are DENIED without prejudice to refile after the Ninth Circuit rules on *Wells Fargo II*.

DATED this 24th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE