WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>Plaintiff<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants | Case No.:  2:20-cv-01885-CDS-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Investment Trust 2005-2 and Defendants, Fidelity National Title Group, Inc.; Fidelity National Title Insurance Company and Commonwealth Land Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 23rd day of October, 2023.        DATED this 23rd day of October, 2023.

4    WRIGHT, FINLAY & ZAK, LLP                    SINCLAIR BRAUN KARGHER LLP

6    /s/ Lindsay D. Dragon                        /s/ Kevin S. Sinclair
7    Lindsay D. Dragon, Esq.                      Kevin S. Sinclair, Esq.
     Nevada Bar No. 13474                         Nevada Bar No. 12277
8    7785 W. Sahara Ave., Suite 200               15260 Ventura Blvd., Ste 715
     Las Vegas, NV 89117                          Sherman Oaks, California 91403
9    *Attorney for Plaintiff, Deutsche Bank*      *Attorneys for Defendants, Commonwealth*
10   *National Trust Company, Formerly Known*     *Land Title Insurance Company, Fidelity*
     *as Bankers Trust Company of California,*    *National Title Group, Inc., and Fidelity*
11   *N.A., as Trustee for American Home*         *National Title Insurance Company*
     *Mortgage Investment Trust 2005-2*

14   Based on the parties' stipulation, this case is dismissed with prejudice, with each party
15   to bear its own costs and fees. The Clerk of Court is kindly directed to close this case.

                                    **IT IS SO ORDERED:**

                                    _____
                                    United States District Judge
                                    DATED:  October 25, 2023